# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 21-10376 |
| | : | |
| v. | : | |
| | : | D.C. No. 5:18-CR-00172-BLF-1 |
| | : | U.S. District Court for Northern |
| MICHAEL KAIL, | : | California, San Jose |
| Appellant. | : | |

**APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC**

Appellant Michael Kail, by and through undersigned counsel, hereby requests a thirty-two (32)[1] day extension of time in which to petition for panel rehearing and/or rehearing en banc. The government does not oppose this request. In support of this Motion, Mr. Kail states:

1. On April 15, 2025, this Court entered Judgment and filed a not-precedential opinion affirming the judgment of the district court.

2. After one previous extension, appellant's petition for panel rehearing and/or rehearing en banc is currently due on May 29, 2025.

---

[1] Thirty days would be June 28th, a Saturday, making a 32-day extension the equivalent length.

3. The circumstances of this request are set forth in the attached Declaration.

4. AUSA Ross Mazer has informed undersigned counsel that the government-appellee does not oppose this request for a second extension of time to petition for rehearing.

Accordingly, Michael Kail respectfully requests that the Court extend the deadline by which he may petition for panel rehearing and/or rehearing en banc for thirty-two (32) days, until June 30, 2025.

        Respectfully submitted,

        /s/ *Lisa A. Mathewson*
        Lisa A. Mathewson
        Mathewson Law LLC
        1617 John F. Kennedy Blvd., Ste. 2027
        Philadelphia, PA 19103
        (215) 399-9592
        lam@mathewson-law.com

        *Attorney for Appellant Michael Kail*

Date: May 22, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Motion with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing System, which will automatically serve it upon the parties of record.

                                                                    */s/ Lisa A. Mathewson*

Date: May 22, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 21-10376 |
| | : | |
| | : | |
| v. | : | |
| | : | D.C. No. 5:18-CR-00172-BLF-1 |
| | : | U.S. District Court for Northern |
| MICHAEL KAIL, | : | California, San Jose |
| Appellant. | : | |

## DECLARATION OF COUNSEL

In support of Appellant Michael Kail's motion for extension to petition for panel rehearing and/or rehearing en banc, I declare:

1. This Court filed its Memorandum Opinion [Dkt 85] on April 15, 2025, affirming the convictions and sentencing judgment of the district court.

2. Counsel has determined that additional time is needed to confer with Mr. Kail on whether or not to petition for rehearing, and to prepare the petition if he elects to do so.

3. From the date the Opinion issued, counsel's preexisting professional obligations have fully consumed her time. She completed drafting, and filed, an opening brief for the appellant in *United States v. Evers*, No. 24-1280 (3d Cir.), on April 25, 2025. Other deadlines included drafting and preparing for filing by May 14 six substantial pretrial motions, on four of

which she was the sole or primary author, in the four-defendant case *United States v. Boone*, No. 22-cr-426 (M.D. Pa.). Counsel has also had substantial business travel out-of-state through the third week in May.

4. In addition to other professional commitments, counsel has a pre-planned vacation in mid-June. Therefore, the requested extension is necessary to allow her time to evaluate potential grounds for rehearing, consult with Mr. Kail about his options, and to draft and file a petition for rehearing if warranted.

5. For these reasons, counsel respectfully requests on Mr. Kail's behalf that the Court grant this request and extend by thirty-two days the deadline for filing a petition for panel rehearing and/or rehearing en banc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2025, in Philadelphia, Pennsylvania.

<u>/s/ Lisa A. Mathewson</u>

2