# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 21-10376 |
| | : | |
| | : | |
| v. | : | |
| | : | D.C. No. 5:18-CR-00172-BLF-1 |
| | : | U.S. District Court for Northern |
| MICHAEL KAIL, | : | California, San Jose |
| Appellant. | : | |

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO MOVE FOR STAY OF MANDATE, AND FOR TEMPORARY STAY OF MANDATE

Appellant Michael Kail, by and through undersigned counsel, hereby requests a 14-day extension of time in which to move the Court to stay the mandate pursuant to Federal Rule of Appellate Procedure 41(d), with a corresponding temporary stay of the mandate to effectuate that relief. The requested extension is necessary to permit Mr. Kail's new counsel to evaluate the grounds for a petition for certiorari and, if Mr. Kail elects to proceed, to move for a stay pending its disposition. In support of this Motion, Mr. Kail states:

1. On April 15, 2025, this Court entered Judgment and filed a not-precedential opinion affirming the judgment of the district court.

2. On July 24, 2025, the Court denied Mr. Kail's timely petition for Panel rehearing and/or rehearing *en banc*.

3. Rule 41(b) provides that the mandate must issue within seven days of the denial of Mr. Kail's petition, unless the Court orders otherwise.

4. Mr. Kail has not yet determined whether a motion to stay the mandate pursuant to Rule 41(d)(1) is warranted. He has engaged new counsel to advise him on the possibility of petitioning for certiorari. If his new counsel identifies a substantial question for certiorari and good cause for a stay, Mr. Kail will move to stay the mandate pursuant to that rule.

5. The requested 14-day extension, to August 14, is necessary to permit Mr. Kail's new counsel to evaluate the matter and advise Mr. Kail on these topics, to permit Mr. Kail to make an informed decision, and to permit his new counsel to prepare a motion to stay the mandate if that motion is warranted.

6. Correspondingly, a temporary stay of the mandate pending that process is necessary to effectuate the extension of time. Mr. Kail respectfully requests that the Court stay the mandate until the later of (1) August 15, if

Mr. Kail does not file a motion to stay by August 14; or (2) the disposition of the motion to stay if Mr. Kail does file one.[1]

7. The facts supporting this request are set forth in the attached Declaration.

8. With apologies to the Court and opposing counsel, the time-urgency of this Motion has prevented the undersigned from seeking the government-appellee's position on the requested relief.

Accordingly, Michael Kail respectfully requests that the Court (1) extend by fourteen (14) days, to August 14, 2025, the deadline by which he may move the Court to stay the mandate; and (2) stay the mandate temporarily, as set forth in paragraph 6 above.

Respectfully submitted,

/s/ Lisa A. Mathewson
Lisa A. Mathewson
Mathewson Law LLC
1617 John F. Kennedy Blvd., Ste. 2027
Philadelphia, PA 19103
(215) 399-9592
lam@mathewson-law.com

July 29, 2025          *Attorney for Appellant Michael Kail*

---

[1] That is, if the Court grants a future motion to stay, the resulting stay will be covered by Rule 41(d)(2). If the Court denies a motion to stay the temporary stay will expire upon that ruling.

3

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Motion with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing System, which will automatically serve it upon the parties of record.

/s/ Lisa A. Mathewson

Date: July 29, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 21-10376 |
| | : | |
| v. | : | |
| | : | D.C. No. 5:18-CR-00172-BLF-1 |
| | : | U.S. District Court for Northern |
| MICHAEL KAIL, | : | California, San Jose |
| Appellant. | : | |

## DECLARATION OF COUNSEL

In support of Appellant Michael Kail's motion to extend the deadline for a motion to stay the mandate, and for a temporary stay of the mandate, I declare:

1. I represent Mr. Kail in this Court.

2. On April 15, 2025, the Court entered Judgment and filed a not-precedential opinion affirming the district court judgment of conviction and sentence. On July 24, 2025, the Court denied Mr. Kail's timely petition for Panel rehearing and/or rehearing *en banc*.

3. Mr. Kail has now retained new counsel to advise him about the possibility of filing a petition for certiorari. The decision to file a petition that raises substantial issues would permit Mr. Kail to move to stay the mandate under Federal Rule of Appellate Procedure 41(d)(1).

4. Absent the requested relief, however, the mandate will issue on July 31, seven days after the denial of rehearing. Fed. R. App. P. 41(b). New counsel requires the requested extension of time to evaluate the legal issues the affirmance implicates and to confer with Mr. Kail about them; and, if Mr. Kail elects to proceed after consulting with counsel, to prepare a motion to stay the mandate.

5. Therefore, Mr. Kail respectfully requests a modest 14-day extension of the deadline by which to move for a stay of the mandate pursuant to Rule 41(d)(1), with a corresponding temporary stay of the mandate to effectuate that relief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2025, in Philadelphia, Pennsylvania.

                                                 */s/ Lisa A. Mathewson*